FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 SEP 13 A 9:27
CLERK____
SO. DIST. OF GA.

Leon L. Tripp
_____
_____

CV121- 138

(Enter above full name of plaintiff or plaintiffs)

v.

Natalie Paine; Peter Johnson, and Richmond County Sheriff Office's Investigator
_____

(Enter above full name of defendant or defendants)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____ No __✓__

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

      Plaintiffs: _____
      Defendants: _____ N/A _____

   2.   Court (if federal court, name the district; if state court, name the county):
      _____ N/A _____

   3.   Docket number: ___ N/A ___

   4.   Name of judge assigned to case: ___ N/A ___

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: N/A

2. Court (name the district):

   N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: __N/A__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No __✓__

   1. If your answer to C is yes, name the court and docket number for each case: __N/A__

II. Place of present confinement: __Charles B. Webster Detention Center__

   A. Is there a prisoner grievance procedure in this institution? Yes __✓__ No ____

   B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ____ No __✓__

   C. If your answer to B is yes:

      1. What steps did you take? __N/A__

      2. What was the result? __N/A__

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ___  No ✓

If yes, what was the result? __N/A__

D. If you did not utilize the prison grievance procedure, explain why not: I wrote a complaint to be filed in my case about this issue, which is stamp filed on August 27, 2021 @ 8:37 am. in the Clerk office.

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Leon L. Tripp
   Address: 1941 Phinizy Rd
   Augusta, Ga 30906

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Natalie Paine
   Position: Former District Attorney
   Place of employment: Richmond County Sheriff Office
   Current address: N/A

C. Additional defendants: 
   Peter Johnson           Richmond County Sheriff
   Attorney                Office's Investigators
   Richmond County
   N/A

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

- Peter Johnson sided with the prosecutors at the Court's preliminary hearing. I was supposed to be released, due to the lack of substantial evidence. He questioned me at the investigators office knowing our entire conversation was being recorded.

- Richmond County Sheriff office (investigators) violated my right to client and attorney privacy. Unlawfully ease-dropped on our conversation. Violates of my due process.

- Natale paine is the former prosecuter of my case who seek the death penthy against me where there was no substantial evidence.

I am irreparable injuried due to these violation.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plantiff asked to be awarded $300,000 for compensatory damages against each defendant, joint and severally

Planitiff seek punitive damages of $300,000.

Plaintiff also seek a jury trial on all issue toable by Jury.

Plaintiff also seek recovery of the cost in this suit and any additional relief this Court deems just, proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  9th  day of  September , 19___ 2021

Prisoner No. 5238651

Leon L. Trigg
(Signature of Plaintiff)

Leon L. Tripp
1941 Phinizy Rd
Augusta, Ga 30906

Clerk, U.S. District Court
P.O. Box 1130
Augusta, Ga 30903